UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTURO GOMEZ,

        Plaintiff,

   v.

DAVID HAET,

        Defendant.

No. 2:24-cv-2172-DC-CKD PS

ORDER TO SHOW CAUSE

    Plaintiff, who proceeds in this action without counsel, filed his complaint on August 13, 2024. (ECF No. 1.) Before any action was taken on plaintiff's case, however, it was reassigned from one district judge to another, and the order was served on plaintiff by mail. (ECF No. 3.) However, on October 22, 2024, the mail returned as undeliverable. (Id.) To date, Plaintiff has not updated his address with the Court.

    It is plaintiff's duty to keep the court informed of his current address. In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the

1

U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

The court has considered whether the case should be dismissed or other sanctions imposed based on plaintiff's failure to update his address. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court finds it appropriate to grant plaintiff an additional opportunity to update his address.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to keep the court apprised of his current address; failure to respond to this order will result in dismissal of plaintiff's claims under L.R. 183(b).

Dated: March 11, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD OSC2172

2